IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

GREGORY McLEOD

CRIMINAL CASE NO.
1:17-CR-0411-SCJ

## ORDER

By direction of the Court, it is **ORDERED AND ADJUDGED** that the Judgment and Commitment heretofore rendered on March 27, 2018 [Doc. No. 15] be amended on page two (2) as follows:

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **SIX (6) MONTHS** as to Count 1 and **FOURTEEN (14) MONTHS** as to Count Two, with terms to be served **CONCURRENTLY.**

**IT IS FURTHER ORDERED** that the judgment and commitment rendered on March 27, 2018 remain the same in every other respect.

**IT IS SO ORDERED**, this 1st day of April, 2019.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE